UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Anthony Fairley,

          Plaintiff,

  v.                    **JUDGMENT**

North Carolina Department of Transportation,    No. 5:12-CV-760-BO

          Defendant.

**Decision by Court.**

This action came before United States District Judge Terrence W. Boyle for the consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendant's motion for summary judgment is GRANTED and this case is closed.

**This judgment filed and entered on December 29, 2014, and served on:**

Keith A. Bishop (via CM/ECF Notice of Electronic Filing)
Thomas Henry Moore (via CM/ECF Notice of Electronic Filing)

December 29, 2014                              /s/ Julie A. Richards,
                                                                             Clerk of Court